**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
DEMETRIUS WILLIAMS,

                Petitioner,        12 **CR.** 726 (KMK)

                                   17 **CIVIL** 4317 (KMK)

    -against-                             **JUDGMENT**

UNITED STATES OF AMERICA,

                Respondent.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated April 13, 2020, the Court dismisses the Petition; as petitioner has not made a substantial showing of the denial of a constitutional right, a certificate of appealability shall not be issued; and the Court further certifies, pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Judgment on the merits would not be taken in good faith; judgment is entered in favor of Respondent; accordingly, this case is closed.

**DATED:** New York, New York
             April 13, 2020

                                                          **RUBY J. KRAJICK**
                                                       _____
                                                         **Clerk of Court**
                           **BY:**
                                                        _____
                                                         **Deputy Clerk**